**Dated: April 15, 2010**
**The following is ORDERED:**



/s/ Tom R. Cornish
Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Marisa Lanae Burris, | ) | Case No. 09-81128-TRC |
| | ) | Chapter 7 |
| DEBTOR. | ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR ORDER OF ABANDONMENT

This Court, upon representation of Counsel, and review of the pleadings on file in this case, finds as follows:

1. U.S. Bank, National Association filed its Motion for Relief from the Automatic Stay and Motion for Order of Abandonment (the "Motion") on March 31, 2010, regarding the real property described as:

> Lot Thirteen (13) in Block Eight (8) in EAST PARK PLACE ADDITION to the City of Muskogee, according to the recorded plat thereof, commonly known as 1615 North Aberdeen Street, Muskogee, Oklahoma 74403

(the "Property").

13114/SB

2. The Motion set forth the time for filing an objection to the Motion and no objections have been filed.

3. The Motion was mailed to the official mailing matrix which includes the Debtor, her counsel and the Trustee on March 31, 2010, as indicated by the Certificate of Mailing filed that same day.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the stay imposed by 11 U.S.C. Section 362 is hereby modified and U.S. Bank, National Association is entitled to pursue its remedies against the Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that all interest the Trustee may have in and to the Property is hereby abandoned.

# # #

Submitted by:

**KIVELL, RAYMENT AND FRANCIS, P.C.**
**A Professional Corporation**

 s/ Stacie Bryza
Brian J. Rayment, OBA #7441
Stacie Bryza, OBA #19643
Triad Center I, Suite 240
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 307-9132

MOVANT TO NOTIFY ALL INTERESTED PARTIES

**ATTORNEYS FOR CREDITOR**